PHILLIP A. TALBERT
Acting United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
JUL 1 4 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0129 TLN |
|---|---|
| Plaintiff, | 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Hydrocodone and Fentanyl; 21 U.S.C. § 841(a)(1) – Distribution of Hydrocodone and Fentanyl; 21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug Trafficking Offense; 21 U.S.C. § 853(a) – Criminal Forfeiture |
| v. | |
| MILDRED DOSSMAN, aka DENISE DOSSMAN, | |
| Defendant, | |

INDICTMENT

COUNT ONE: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Hydrocodone and Fentanyl]

The Grand Jury charges: T H A T

MILDRED DOSSMAN,
aka Denise Dossman,

defendant herein, on or about March 25, 2016, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly and intentionally possess with intent to distribute hydrocodone and fentanyl, both Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1).

///

///

**COUNT TWO:** [21 U.S.C. § 841(a)(1) – Distribution of Hydrocodone and Fentanyl]

The Grand Jury further charges: T H A T

MILDRED DOSSMAN,
aka Denise Dossman,

defendant herein, between on or about June 18, 2015, and continuing through on or about March 27, 2016, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute hydrocodone and fentanyl, both Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:** [21 U.S.C. § 843(b) - Use of a Communication Facility to Facilitate a Drug Trafficking Offense]

The Grand Jury further charges: T H A T

MILDRED DOSSMAN,
aka Denise Dossman,

defendant herein, on or about January 18, 2016, at 5:56 p.m., in the State and Eastern District of California, and elsewhere, did knowingly and intentionally use a communication facility in committing, causing, and facilitating the commission of the crime of felony distribution charged in Count Two, in violation of Title 21, United States Code, Section 843(b).

**FORFEITURE ALLEGATION:** [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, defendant MILDRED DOSSMAN, aka Denise Dossman, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

a. All right, title, and interest in any and all property involved in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b), for which defendant is convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

b. A sum of money equal to the total amount of proceeds obtained as a result of the

1  offenses for which defendant is convicted.

2      2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One
3  through Three of this Indictment, for which defendant is convicted:

4      a. cannot be located upon the exercise of due diligence;

5      b. has been transferred or sold to, or deposited with, a third party;

6      c. has been placed beyond the jurisdiction of the Court;

7      d. has been substantially diminished in value; or

8      e. has been commingled with other property which cannot be divided without
9  difficulty;

10 it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek
11 forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

12     A TRUE BILL.

13

14     **/s/ Signature on file w/AUSA**

15     FOREPERSON

16 PHILLIP A. TALBERT
17 Acting United States Attorney

INDICTMENT      3

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
vs.

MILDRED DOSSMAN,
aka Denise Dossman,

### INDICTMENT

**VIOLATION(S):** 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Hydrocodone and Fentanyl; 21 U.S.C. § 841(a)(1) – Distribution of Hydrocodone and Fentanyl; 21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug Trafficking Offense; Forfeiture Allegation

*A true bill,*

**/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* 14 *day of* July *, A.D. 20* 16

*Clerk*

*Bail, $* _____

**NO BAIL WARRANT PENDING HEARING**

GPO 863 525

**Carolyn K. Delaney
U.S. Magistrate Judge**

## United States v. Mildred DOSSMAN
### Penalties for Indictment

### COUNT 1:

VIOLATION:   21 U.S.C. § 841(a)(1) – Possession with intent to distribute hydrocodone and fentanyl

PENALTIES:   A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 2:

VIOLATION:   21 U.S.C. § 841(a)(1) – Distribution of hydrocodone and fentanyl

PENALTIES:   A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 3:

VIOLATION:   21 U.S.C. § 843(b) - Use of Communication Facility to Facilitate a Drug Trafficking Offense

PENALTIES:   Not more than 48 months,
Not more than $100,000 fine or both
A one-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### FORFEITURE ALLEGATION:

VIOLATION:   21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES:   As stated in the charging document