PHILLIP A. TALBERT
Acting United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

FILED

JUL 14 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>         v.<br><br>MILDRED DOSSMAN,<br>  aka Denise Dossman,<br><br>                     Defendant. | CASE NO. 216-CR-0129 TLN<br><br>ORDER TO SEAL<br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Paul A. Hemesath to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: 7/14/2016

_____
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge