LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MILDRED DOSSMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MILDRED DOSSMAN,<br><br>                              Defendant. | CASE NO.  2:16-CR-0129-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 18, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.     By previous order, this matter was set for a status conference on August 18, 2016.

2.     By this stipulation, the parties, through their undersigned counsel, now move to continue the status conference until September 22, 2016, at 9:30 a.m., and to exclude time between August 18, 2016, and September 22, 2016, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

     a)     Discovery associated with this case includes investigative reports and related documents, as well as voluminous cell phone data.

     b)     Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolution with his client, and to otherwise prepare for trial.

     c)     Counsel for defendant believes that failure to grant the above-requested

1    continuance would deny counsel the reasonable time necessary for effective preparation, taking

2    into account the exercise of due diligence.

3            d)    The government does not object to the continuance.

4            e)    Based on the above-stated findings, the ends of justice served by continuing the

5    case as requested outweigh the interest of the public and the defendant in a trial within the

6    original date prescribed by the Speedy Trial Act.

7            f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

8    within which trial must commence, the time period of August 18, 2016 to September 22, 2016,

9    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

10    because it results from a continuance granted by the Court at defendants' request on the basis of

11    the Court's finding that the ends of justice served by taking such action outweigh the best interest

12    of the public and the defendant in a speedy trial.

13        4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

14    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

15    must commence.

16

17    **IT IS SO STIPULATED.**

18

19    Dated:  August 12, 2016                    PHILLIP A. TALBERT
                                          Acting United States Attorney

20

21                                            /s/ Chris Cosca for
                                        Paul Hemesath

22                                            Assistant United States Attorney

23

24    Dated:  August 12, 2016                    /s/ Chris Cosca
                                        CHRIS COSCA

25                                            Counsel for Defendant

26                                            Mildred Dossman

27

28

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 15th day of August, 2016.

_____
Troy L. Nunley
United States District Judge