LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MILDRED DOSSMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MILDRED DOSSMAN,<br><br>                Defendant. | CASE NO. 2:16-CR-0129-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 25, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for a status conference on January 25, 2018.

2. By this stipulation, the parties, through their undersigned counsel, now move to continue the status conference until March 22, 2018, at 9:30 a.m., and to exclude time between January 25, 2018 and March 22, 2018 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Discovery associated with this case includes investigative reports and related documents, as well as voluminous cell phone data.

    b) Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolution with his client, and to otherwise prepare for trial.

    c) Counsel for defendant believes that failure to grant the above-requested

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 25, 2018 to March 22, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: January 22, 2018                                McGregor W. Scott
                                                                   United States Attorney

                                                                   /s/ Chris Cosca for
                                                                   Paul Hemesath
                                                                   Assistant United States Attorney

Dated: January 22, 2018                                /s/ Chris Cosca
                                                                   CHRIS COSCA
                                                                   Counsel for Defendant
                                                                   Mildred Dossman

## ORDER

IT IS SO FOUND AND ORDERED this 23rd day of January, 2018.

_____
Troy L. Nunley
United States District Judge