LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MILDRED DOSSMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

         v.

MILDRED DOSSMAN,

                              Defendant.

CASE NO.  2:16-CR-0129-TLN

STIPULATION TO CONTINUE STATUS
CONFERENCE AND TO EXCLUDE TIME
PERIODS UNDER SPEEDY TRIAL ACT;
FINDINGS AND ORDER

DATE: September 27, 2018
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley

**STIPULATION**

1.      By previous order, this matter was set for a status conference on September 27, 2018.

2.      By this stipulation, the parties, through their undersigned counsel, now move to continue the status conference until November 1, 2018, and to exclude time between September 27, 2018 and November 1, 2018 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Discovery associated with this case includes investigative reports and related documents, as well as voluminous cell phone data. The government will be providing additional discovery to the defense.

        b)      Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolution with his client, and to otherwise prepare for trial.

1       c)      Counsel for defendant believes that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

       d)      The government does not object to the continuance.

       e)      Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the

original date prescribed by the Speedy Trial Act.

       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

et seq., within which trial must commence, the time period of September 27, 2018 to November

1, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

Code T4] because it results from a continuance granted by the Court at defendants' request on

the basis of the Court's finding that the ends of justice served by taking such action outweigh the

best interest of the public and the defendant in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.


**IT IS SO STIPULATED.**


Dated:  September 25, 2018           /s/ Paul Hemesath
                                        PAUL HEMESATH
                                        Assistant United States Attorney


Dated:  September 25, 2018           /s/ Chris Cosca
                                          CHRIS COSCA
                                        Counsel for Defendant
                                         Mildred Dossman

**ORDER**

IT IS SO FOUND AND ORDERED this 26th day of September, 2018.

Troy L. Nunley
United States District Judge