CHRIS COSCA     CA SBN 144546
COSCA LAW CORPORATION
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MILDRED DOSSMAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                            Plaintiff,

            v.

MILDRED DOSSMAN,

                            Defendant.

CASE NO.  2:16-CR-0129-TLN

STIPULATION TO CONTINUE STATUS
CONFERENCE AND TO EXCLUDE TIME
PERIODS UNDER SPEEDY TRIAL ACT;
FINDINGS AND ORDER

DATE: April 11, 2019
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley

**STIPULATION**

1.      By previous order, this matter was set for a status conference on April 11, 2019.

2.      By this stipulation, the parties, through their undersigned counsel, now move to continue

the status conference until June 6, 2019, at 9:30 a.m., and to exclude time between April 11, 2019 and

June 6, 2019 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Discovery associated with this case includes investigative reports and related

documents, as well as voluminous cell phone data. The government will be providing additional

discovery to the defense.

        b)      Counsel for defendant desires additional time to consult with his client, to review

the current charges, to conduct investigation and research related to the charges, to review and

copy discovery for this matter, to discuss potential resolution with his client, and to otherwise

prepare for trial.

| | |
|---|---|
| 1 |       c)      Counsel for defendant believes that failure to grant the above-requested |
| 2 | continuance would deny counsel the reasonable time necessary for effective preparation, taking |
| 3 | into account the exercise of due diligence. |
| 4 |       d)      The government does not object to the continuance. |
| 5 |       e)      Based on the above-stated findings, the ends of justice served by continuing the |
| 6 | case as requested outweigh the interest of the public and the defendant in a trial within the |
| 7 | original date prescribed by the Speedy Trial Act. |

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 11, 2019 to June 6, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated:  April 4, 2019

/s/ Paul Hemesath
PAUL HEMESATH
Assistant United States Attorney

Dated:  April 4, 2019

/s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant
Mildred Dossman

## ORDER

IT IS SO FOUND AND ORDERED this 4th day of April, 2019.

_____
Troy L. Nunley
United States District Judge