| | |
|---|---|
| 1 | CHRIS COSCA    CA SBN 144546 |
|   | COSCA LAW CORPORATION |
| 2 | 1007 7th Street, Suite 210 |
|   | Sacramento, CA 95814 |
| 3 | (916) 440-1010 |
| 4 | Attorney for Defendant |
|   | MILDRED DOSSMAN |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0129-TLN |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MILDRED DOSSMAN, | DATE: January 9, 2020 |
| Defendant. | TIME: 9:30 a.m. |
|  | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for a status conference on January 9, 2020.

2. By this stipulation, the parties, through undersigned counsel, now move to continue the status conference until February 27, 2020, at 9:30 a.m., and to exclude time between January 9, 2020 and February 27, 2020 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery associated with this case includes investigative reports and related documents, as well as voluminous cell phone data. The government will be providing additional discovery to the defense.

   b) Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolution with his client, and to otherwise prepare for trial.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2020 to February 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: January 3, 2020 /s/ Paul Hemesath
PAUL HEMESATH
Assistant United States Attorney

Dated: January 3, 2020 /s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant
Mildred Dossman

## ORDER

IT IS SO FOUND AND ORDERED this 6th day of January, 2020.

_____
Troy L. Nunley
United States District Judge