1  CHRIS COSCA      CA SBN 144546
   COSCA LAW CORPORATION
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   MILDRED DOSSMAN

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,              CASE NO.  2:16-CR-0129-TLN

10                         Plaintiff,     STIPULATION TO CONTINUE STATUS
                                          CONFERENCE AND TO EXCLUDE TIME
11            v.                          PERIODS UNDER SPEEDY TRIAL ACT;
                                          FINDINGS AND ORDER
12 MILDRED DOSSMAN,
                                          DATE: April 23, 2020
13                         Defendant.     TIME: 9:30 a.m.
                                          COURT: Hon. Troy L. Nunley
14

15

16                              **STIPULATION**

17      1.      By previous order, this matter was set for a status conference on April 23, 2020.

18      2.      By this stipulation, the parties, through undersigned counsel, now move to continue the

19 status conference until July 16, 2020, at 9:30 a.m., and to exclude time between April 23, 2020 and July

20 16, 2020 under Local Code T4.

21      3.      The parties agree and stipulate, and request that the Court find the following:

22              a)      Discovery associated with this case includes investigative reports and related

23 documents, as well as voluminous cell phone data. The government will be providing additional

24 discovery to the defense.

25              b)      Counsel for defendant desires additional time to consult with his client, to review

26 the current charges, to conduct investigation and research related to the charges, to review and

27 copy discovery for this matter, to discuss potential resolution with his client, and to otherwise

28 prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2020 to July 16, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated:  April 14, 2020                          /s/ Paul Hemesath
                                               PAUL HEMESATH
                                               Assistant United States Attorney


Dated:  April 14, 2020                          /s/ Chris Cosca
                                               CHRIS COSCA
                                               Counsel for Defendant
                                               Mildred Dossman

1

2
## ORDER

3
IT IS SO FOUND AND ORDERED this 15th day of April, 2020.

4

5

6

7
_____

Troy L. Nunley
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28