MCGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00129-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| MILDRED DOSSMAN, | DATE: December 10, 2020 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 10, 2020.

2. By this stipulation, defendant now moves to continue the status conference until January 14, 2021, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Defense counsel has informed the government that the Ms. Dossman's family has reported that she passed away on November 17, 2020.

   b) The government intends to dismiss this indictment after this information has been verified.

4. The parties therefore request that the Court reschedule the status conference until January

14, 2020.  If the government has not dismissed the case by that date, the parties will appear to apprise the Court of the status of the case.

IT IS SO STIPULATED.

Dated:  December 8, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ PAUL HEMESATH
PAUL HEMESATH
Assistant United States Attorney

Dated:  December 8, 2020

/s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
Mildred Dossman

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of December, 2020.

Troy L. Nunley
United States District Judge

STIPULATION RE: CONTINUANCE AND ORDER

2