McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00129-TLN |
| Plaintiff, | |
| v. | ORDER TO DISMISS |
| MILDRED DOSSMAN, | |
| Defendant. | |

**ORDER**

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the charges against MILDRED DOSSMAN in the indictment filed on July 14, 2016, be dismissed.

DATED: December 14, 2020

_____
Troy L. Nunley
United States District Judge

Order to Dismiss